IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIRANDA CHRISTINE FRANCO,

     Plaintiff,

v.                                                                   CV 12-0819 WPL

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

**ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD**

This matter is before me on the Defendant's unopposed Motion to Seal Administrative Record. (Doc. 17.) The Commissioner of the Social Security Administration electronically filed the Administrative Record ("AR") in this matter. (Doc. 18; Doc. 19.) Federal Rule of Civil Procedure 5.2 provides that "[u]nless the court orders otherwise," remote electronic access to an AR shall be restricted to the parties, their attorneys, and the Court, but any other person may access the AR electronically at the courthouse. In compliance with Rule 5.2, remote access to this AR has been restricted to the Court and case participants, but electronic access to the AR is available to all via public terminals at the courthouse.

Because the AR contains personal information including but not limited to the Plaintiff's social security number, date of birth, and health related information, I find it necessary to limit access to the AR to the Court and case participants only. IT IS THEREFORE ORDERED that the Motion (Doc. 17) is granted and that the AR be sealed.

                                                          */s/ William P. Lynch*
                                                          William P. Lynch
                                                          United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.